IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MICHAEL N. MARADIAGA-GUTIERREZ**                                              **PLAINTIFF**

**V.**                            **CASE NO. 5:18-CV-05016**

**ARAMARK**                                                                      **DEFENDANT**

## OPINION AND ORDER

Plaintiff filed this civil rights case pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and has filed an application to proceed *in forma pauperis* ("IFP"). He is incarcerated in the Washington County Detention Center. By Order (Doc. 4) entered on January 30, 2018, Plaintiff was directed to file an amended complaint and a completed IFP application no later than February 15, 2018. Plaintiff was advised that failure to comply with the Order would make the Complaint subject to summary dismissal for failure to obey an order of the Court.

To date, Plaintiff has not complied with the Order. Plaintiff has not sought an extension of time to do so or communicated with the Court in any way. No mail has been returned as undeliverable.

Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** for failure to obey an order of the court and failure to prosecute the case. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 22nd day of February, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE